CAMILLUS CENTRAL SCHOOL DISTRICT No. 1, Petitioner, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.— Determination unanimously confirmed, without costs, and order of enforcement granted. (See *Matter of Union Free School Dist. No. 6 v. New York State Div. of Human Rights*, 43 A D 2d 31; and *Matter of Board of Educ. of City of New York v. State Div. of Human Rights*, 42 A D 2d 854; see, also, *Union Free School Dist. No. 6 v. New York State Human Rights Appeal Bd.*, 43 A D 2d 749.) (Review of determination of State division and order of appeal board finding discrimination.) Present — Witmer, J. P., Moule, Cardamone, Goldman and Del Vecchio, JJ.

In the Matter of SOLOMON DANIELS.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law.